# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**HALEY WALKER**     **PLAINTIFF**

V.     NO. 1:15-CV-215-DMB-JMV

**USAA CASUALTY INSURANCE
COMPANY and GARRISON PROPERTY
AND CASUALTY INSURANCE COMPANY**     **DEFENDANTS**

## ORDER DISMISSING CASE
## BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled or is in the process of being settled.[1] It is therefore unnecessary that the case remain upon the calendar of the Court. Accordingly, this action is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 24th day of January, 2017.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] On December 14, 2016, counsel for the defendants e-mailed the Court, copying counsel for the plaintiff, advising that this case had settled and may be dismissed.